# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  06-CV-00997-PSF-MJW

**BETTY CLARK-WINE**

      Plaintiff,

v.

**THE CITY OF COLORADO SPRINGS,**
**LORNE KRAMER,** Individually and in His Official Capacity, and
**DAVID NICKERSON,** Individually and in His Official Capacity,

      Defendants.

---

## ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO ATTEND
## AUGUST 7, 2006, SCHEDULING CONFERENCE BY TELEPHONE
( Docket No. 13 )

---

This matter is before the Court on **Plaintiff's  Unopposed Motion to Attend**

**August 7, 2006, Scheduling Conference by Telephone**

      IT IS ORDERED that the Motion is GRANTED and Plaintiff's counsel may appear at

the Scheduling Conference scheduled for August 7, 2006, at 9:30 a.m. via telephone.

      Dated this 28th day of July, 2006.

           BY THE COURT:

                _____

           MICHAEL J. WATANABE
           U.S. MAGISTRATE JUDGE