IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00997-PSF-MJW

**BETTY CLARK-WINE**

    Plaintiff,

v.

**THE CITY OF COLORADO SPRINGS,**
**LORNE KRAMER,** Individually and in His Official Capacity, and
**DAVID NICKERSON,** Individually and in His Official Capacity,

    Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION TO VACATE AND RESCHEDULE
OCTOBER 17, 2006 SETTLEMENT CONFERENCE**
( Docket No. 20 )

---

This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate and Reschedule October 17, 2006 Settlement Conference**

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference currently set for October 17, 2006 has been vacated and RESET for November 9, 2006 at 10:30 a.m.

Confidential Settlement Statements are due to the Court on or before November 4, 2006.

Dated this 26TH day of September, 2006.

                              BY THE COURT:

                              */s/ Michael J. Watanabe*
                              US Magistrate Judge Michael J. Watanabe