IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00997-PSF-MJW

BETTY CLARK-WINE

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
LORNE KRAMER, Individually and in His Official Capacity, and
DAVID NICKERSON, Individually and in His Official Capacity,

Defendants.

---

### ORDER REGARDING UNOPPOSED MOTION TO VACATE
### NOVEMBER 9, 2006 SETTLEMENT CONFERENCE
( Docket No. 27 )

---

This matter is before the Court on **Defendants' Unopposed Motion to Vacate November 9, 2006 Settlement Conference.**

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference currently set for Thursday, November 9, 2006 is vacated. The Settlement Conference ~~will be~~ is rescheduled, ~~if necessary, after the ruling on Defendants' Motion for Summary Judgment filed November 2, 2006 is handed down.~~ On January 23rd, 2007, at 8:00am. Settlement Statements are due January 16, 2007.

Dated this 7th day of November, 2006.

BY THE COURT,

/s/ Michael J. Watanabe
U.S. Magistrate Judge Michael J. Watanabe