IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00997-PSF-MJW

**BETTY CLARK-WINE**

    Plaintiff,

v.

**THE CITY OF COLORADO SPRINGS,**
**LORNE KRAMER,** Individually and in His Official Capacity, and
**DAVID NICKERSON,** Individually and in His Official Capacity,

    Defendants.

---

### ORDER REGARDING UNOPPOSED MOTION TO VACATE AND RESCHEDULE JANUARY 23, 2007 SETTLEMENT CONFERENCE
( Docket No. 32 )

---

This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate and Reschedule January 23, 2007 Settlement Conference**

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference currently set for January 23, 2007 has been vacated and RESET for February 8, 2007, at 1:30 p.m.

Confidential Settlement Statements are due to the Court on or before February 1, 2007.

Dated this 27th day of November, 2006.

BY THE COURT:

_/s/ Michael J. Watanabe_
US Magistrate Judge Michael J. Watanabe