IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00997-PSF-MJW

BETTY CLARK-WINE

Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
LORNE KRAMER, Individually and in His Official Capacity, and
DAVID NICKERSON, Individually and in His Official Capacity,

Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION TO VACATE AND RESCHEDULED FEBRUARY 8, 2007 SETTLEMENT CONFERENCE**
(Docket No. 36)

---

This matter is before the Court on **Defendant's Unopposed Motion to Vacate and Rescheduled February 8, 2007 Settlement Conference.**

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference currently set for Thursday, February 8, 2007 is vacated. (*)

Dated: January 31, 2007

(*) The parties shall contact Magistrate Judge's chambers to reset the settlement conference within 10 days from the date of this order.

BY THE COURT,

/s/ Michael J. Watanabe
U.S. Magistrate Judge Michael J. Watanabe