**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00997-LTB-MJW

BETTY CLARK-WINE,

      Plaintiff,

v.

THE CITY OF COLORADO SPRINGS,
LORNE KRAMER, individually and in his official capacity, and
DAVID NICKERSON, individually and in his official capacity,

      Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion for Filing Stipulated Bill of Costs (Doc 54 - filed February 1, 2008) is GRANTED. The Clerk is directed to enter taxation of costs pursuant to LR 54.1.


Dated:  April 11, 2008
_____